```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IAISHA THOMAS                    :          CIVIL ACTION
                                 :
          v.                     :
                                 :
DISTRICT 1199C, NATIONAL UNION   :          NO. 24-6113
OF HOSPITAL AND HEALTH CARE      :
EMPLOYEES, AFSCME, AFL-CIO
```

ORDER

AND NOW, this 7th day of April 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion for summary judgment of the defendant District 1199C, National Union of Hospital and Health Care Employees, AFSCME, AFL-CIO (Doc. #26) is GRANTED.

BY THE COURT:

/s/   Harvey Bartle III
                                              J.